to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

APRIL 3, 1997

No. 96–8486 (A–710). SPENCE *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 96–8487 (A–711). SPENCE *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

APRIL 8, 1997

No. 96–8400 (A–695). BUCHANAN *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

APRIL 11, 1997

No. 96–454. ASSOCIATES COMMERCIAL CORP. *v.* RASH ET UX. C. A. 5th Cir. [Certiorari granted, 519 U. S. 1086.] Motion of National Association of Consumer Bankruptcy Attorneys, Inc., for leave to participate in oral argument as *amicus curiae* and for divided argument denied.